# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-2084

_____

Melissa L. Burnett,  \*

                       \*

          Appellant,  \*

                       \*    Appeal from the United States

    v.  \*    District Court for the Eastern

                       \*    District of Missouri.

Tenet Healthsystem Hospitals,  \*

doing business as Lutheran Medical  \*      [UNPUBLISHED]

Center, Inc.,  \*

                       \*

          Appellee.  \*

_____

Submitted: November 7, 2001

Filed: November 13, 2001

_____

Before HANSEN, FAGG, and BEAM, Circuit Judges.

_____

PER CURIAM.

    Melissa L. Burnett appeals the district court's[*] denial of Burnett's motion to vacate an adverse arbitration award in her employment discrimination lawsuit against Tenet Healthsystem Hospitals.  We grant Burnett's motion to supplement her brief.

---

    [*]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.

Having carefully reviewed the record and the parties' submissions, we conclude the district court properly denied Burnett's motion to vacate for the reasons stated by the court. We decline to address Burnett's constitutional arguments, which she raises for the first time on appeal. <u>See</u> <u>Liberty State Bank v. Minnesota Life & Health Ins. Guar. Ass'n</u>, 149 F.3d 832, 834 (8th Cir. 1998). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.